## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Herrera, Javier

Printed:  11/13/07

| | |
|---|---|
| Case Number:  07 B 04102 |
| Judge:  Squires, John H |
| Filed:  3/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  October 3, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,660.00 |  |
| Secured: |  | 1,570.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 89.64 |
| Other Funds: |  | 0.00 |
| Totals: | 1,660.00 | 1,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,700.00 | 0.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Unsetta Development | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,600.00 | 181.01 |
| 5. | HSBC Auto Finance | Secured | 24,652.00 | 1,389.35 |
| 6. | HomeComings Financial Network | Secured | 6,874.59 | 0.00 |
| 7. | Citibank USA | Unsecured | 430.73 | 0.00 |
| 8. | CC Wagner | Unsecured | 56.76 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 56.63 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 90.53 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 95.33 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 131.22 | 0.00 |
| 13. | B-Real LLC | Unsecured | 54.61 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 56.08 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 68.54 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 16.32 | 0.00 |
| 17. | Nicor Gas | Unsecured | 201.82 | 0.00 |
| 18. | American General Finance | Unsecured | 407.56 | 0.00 |
| 19. | Paragon Way Inc | Unsecured | 88.19 | 0.00 |
| 20. | America's Recovery Network | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | Menard's Inc | Unsecured | | No Claim Filed |
| 25. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Herrera, Javier

Printed:  11/13/07

Case Number:  07 B 04102

Judge:  Squires, John H

Filed:  3/8/07

| | | | |
|---|---|---|---|
| 26.  TCF Bank | Unsecured | | No Claim Filed |
| 27.  Universal Credit Information | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 37,580.91 | $ 1,570.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.64 |
| | _____ |
| | $ 89.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_